# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JEREMY L. LINDSAY

_____/

INFORMATION

3:25-mj-28

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

That on or about September 11, 2024, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Naval Air Station Pensacola, Pensacola, Florida, the defendant,

**JEREMY L. LINDSAY,**

did commit assault on C.L., his spouse, by unlawfully striking, beating, and wounding her, in violation of Title 18, United States Code, Section 113(a)(4).

_[signature]_

JASON R. COODY
United States Attorney

January 10, 2025

DATE